B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **WJO, Inc.**                                                                Case No.  **10-19894**
                         Debtor(s)                                                  Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aetna** <br> **P.O. Box 804735** <br> **Chicago, IL 60680-4108** | **Aetna** <br> **P.O. Box 804735** <br> **Chicago, IL 60680-4108** | | | **67,016.87** |
| **Ann Bono Tax** <br> **250 Pond Street** <br> **Bristol, PA 19007** | **Ann Bono Tax** <br> **250 Pond Street** <br> **Bristol, PA 19007** | | | **11,176.23** |
| **Avaya Financial** <br> **PO Box 93000** <br> **Chicago, IL 60673-3000** | **Avaya Financial** <br> **PO Box 93000** <br> **Chicago, IL 60673-3000** | | | **11,104.84** |
| **Broadview Networks** <br> **P.O. Box 1191** <br> **Port Chester, NY 10573-1191** | **Broadview Networks** <br> **P.O. Box 1191** <br> **Port Chester, NY 10573-1191** | | | **33,811.00** |
| **Centro Properties** <br> **Two Tower Bridge** <br> **#300** <br> **Conshohocken, PA 19428** | **Centro Properties** <br> **Two Tower Bridge** <br> **#300** <br> **Conshohocken, PA 19428** | | | **125,000.00** |
| **D.J. Cilione Real Estate** <br> **1607 W. Passyunk Ave** <br> **Philadelphia, PA 19145** | **D.J. Cilione Real Estate** <br> **1607 W. Passyunk Ave** <br> **Philadelphia, PA 19145** | | | **17,700.00** |
| **David Klein Real Estate** <br> **2200 W. Hamilton St.** <br> **Ste 204** <br> **Allentown, PA 18104-6385** | **David Klein Real Estate** <br> **2200 W. Hamilton St.** <br> **Ste 204** <br> **Allentown, PA 18104-6385** | | | **30,074.35** |
| **Dr. Brian Walsh** <br> **3205 Wellington St.** <br> **Philadelphia, PA 19149** | **Dr. Brian Walsh** <br> **3205 Wellington St.** <br> **Philadelphia, PA 19149** | | | **22,250.00** |
| **Dr. John Pickard** <br> **54 Pine Run Rd** <br> **Southampton, PA 18966** | **Dr. John Pickard** <br> **54 Pine Run Rd** <br> **Southampton, PA 18966** | | | **12,000.00** |
| **Dr. Michael Fischer** <br> **11 Susanna Way** <br> **Newtown, PA 18940** | **Dr. Michael Fischer** <br> **11 Susanna Way** <br> **Newtown, PA 18940** | | | **25,625.00** |
| **Dr. William J. O'Brien** <br> **23 Chancellor St.** <br> **Newtown, PA 18940** | **Dr. William J. O'Brien** <br> **23 Chancellor St.** <br> **Newtown, PA 18940** | | | **8,499.01** |

B4 (Official Form 4) (12/07) - Cont.

In re **WJO, Inc.**                                                                                     Case No. **10-19894**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Gordon Liebmann**<br>**4 Terry Drive**<br>**Suite 4**<br>**Newtown, PA 18940** | **Gordon Liebmann**<br>**4 Terry Drive**<br>**Suite 4**<br>**Newtown, PA 18940** | | | **10,420.04** |
| **HealthWebb**<br>**668 Stony Hill Rd**<br>**Suite 175**<br>**Morrisville, PA 19067** | **HealthWebb**<br>**668 Stony Hill Rd**<br>**Suite 175**<br>**Morrisville, PA 19067** | | | **10,744.50** |
| **Henry Schein**<br>**PO Box 382023**<br>**Pittsburgh, PA 15250-8023** | **Henry Schein**<br>**PO Box 382023**<br>**Pittsburgh, PA 15250-8023** | | | **9,802.61** |
| **JT Jackson**<br>**PO  Box 488**<br>**Colmar, PA 18915-0488** | **JT Jackson**<br>**PO  Box 488**<br>**Colmar, PA 18915-0488** | | | **204,352.77** |
| **Martin Bank Pond Lehocky & Wilson**<br>**181 Market Street**<br>**35th Floor**<br>**Philadelphia, PA 19103-3636** | **Martin Bank Pond Lehocky & Wilson**<br>**181 Market Street**<br>**35th Floor**<br>**Philadelphia, PA 19103-3636** | | | **26,837.98** |
| **Mercedes-Benz Financial**<br>**PO Box 9001680**<br>**Louisville, KY 40290-1680** | **Mercedes-Benz Financial**<br>**PO Box 9001680**<br>**Louisville, KY 40290-1680** | | | **13,167.76** |
| **Professional Solutions**<br>**PO Box 10351**<br>**Des Moines, IA 50306** | **Professional Solutions**<br>**PO Box 10351**<br>**Des Moines, IA 50306** | | | **13,399.20** |
| **Ray Wall, Treasurer**<br>**Bensalem Township Bldg**<br>**2400 Byberry Rd**<br>**Bensalem, PA 19020** | **Ray Wall, Treasurer**<br>**Bensalem Township Bldg**<br>**2400 Byberry Rd**<br>**Bensalem, PA 19020** | | | **11,317.56** |
| **Ripple Design**<br>**136 2nd Street**<br>**Unit 3C**<br>**Philadelphia, PA 19106** | **Ripple Design**<br>**136 2nd Street**<br>**Unit 3C**<br>**Philadelphia, PA 19106** | | | **52,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 16, 2010**             Signature   **/s/ William J. O'Brien, III**
                                                     **William J. O'Brien, III**
                                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.