UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    : CHAPTER 11
WJO, Inc.                                           :
                                                    : BANKRUPTCY NO. 10-19894
DEBTOR                                              :
                                                    :

## ORDER

AND NOW, this 10th day of December, 2010 upon consideration of the Application of the Debtor to Employ Ciardi Ciardi & Astin as Counsel to the Debtor and any response thereto, it is ORDERED and DECREED that Debtor's Application to Employ Counsel is Approved; and it is further

ORDERED and DECREED that Debtor may employ Ciardi Ciardi & Astin as its counsel in these proceedings to advise it upon all matters which may arise or which may be incident to these proceedings, said firm to be paid at such compensation as the Court shall allow, pursuant to a proper Application in accordance with In re Busy Beaver Building Centers, Inc., 19 F. 3d 33 (3rd Cir. 1994).

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE