B6B (Official Form 6B) (12/07)

In re **WJO, Inc.**, Case No. **10-19894**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ECTMR Lockbox 2000018268777 | - | 67,269.00 |
| | | | East Coast TMR 1 2000030965841 | - | 5,000.00 |
| | | | Tri State Capital Bank - WJO, Inc. - 042000309 $271,279.01<br>Tri State Capital Bank - Hyperox I LP - 0420000325 $28,645.70<br>Tri State Capital Bank - Hyperox Inc. - 0420000317 $2287.23<br>Oxford Valley Doctors Hospital Group - 0420000630 $309.75 | - | 604,733.63 |
| | | | Wachovia Bank<br>WJO, Inc. 20000038698848  $7642.49<br>HyperOx, Inc. 20000038698660  $624.19<br>HyperOx, I LP 2000038698673  $927.40<br>HyperOx, III LP 2000039031226  $2861.55<br>East Coast TMR 2000018268777  $0<br>East Coast TMR 2000030965841  $1161.47 | - | 13,199.10 |
| | | | PNC Bank<br>WJO Inc-Dip  86221899671  $0<br>WJO Inc. 8622188665  $692.34<br>WJO, Inc. dba Cub Rx 8622188673  $6544.11 | - | 7,236.45 |
| | | | Univest<br>WJO, Inc. 03711604359  $0 (account closed)<br>HyperOx, Inc. 03711603419 $0 (account closed)<br>HyperOx, Inc. 03711603443 $0 (account closed) | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Bethlehem Office Deposit | - | 4,190.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | See attached | - | 23,750.00 |

Sub-Total >  **725,378.18**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **WJO, Inc.**, Case No. **10-19894**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **AR Net of Allowance for Doubtful Accounts From 6/30/10 Reviewed Financials** | - | **18,922,590.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

| | Sub-Total > (Total of this page) | **18,922,590.00** |
|---|---|---|

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **WJO, Inc.** , Case No. **10-19894**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **LBH pre-petition claims - $1,150,346** | - | 57,517.00 |
| | | **DBR 99% of LBH claim - $352,907** | - | 17,469.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attached List** | - | 44,698.52 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attached** | - | 156,149.98 |
| | | | Sub-Total > (Total of this page) | **275,834.50** |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **WJO, Inc.**  ,   Case No.  **10-19894**
                Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Total >    **19,923,802.68**

Sheet  **3**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

## B 4

Household Furnishings and Computers

| | |
|---|---|
| Computers | $30,000.00 |
| Monitors | $2,500.00 |
| Keyboards/Mice | $500.00 |
| Speakers | $250.00 |
| Laptops Computers | $6,000.00 |
| Printers | $10,000.00 |
| Switches | $6,000.00 |
| cell phones | $25,000.00 |
| projectors | $3,000.00 |
| AV Equipment | $7,000.00 |
| Alarm Systems | $16,000.00 |
| Tv's | $2,500.00 |
| Server Equipment | $10,000.00 |
| | |
| Total | $118,750.00 |
| | |
| Current Value | $23,750.00 |

B 28

| ITEMS | BRISTOL | 9600 BUSTLETON Bensalem | BETHLEHEM | OVFP | SOUTH PHILLY | BRISTOL | TOTALS | AVERAGE PRICE | TOTAL Cost |
|---|---|---|---|---|---|---|---|---|---|
| Chairs | 33 | 203 | 30 | 28 | 23 | 39 | 356 | $125.00 | $44,500.00 |
| Pictures | 44 | 81 | 14 | 12 | 8 | 20 | 179 | $75.00 | $13,425.00 |
| Desks | 6 | 126 | 3 | 1 | 7 | 10 | 153 | $200.00 | $30,600.00 |
| cradenza | 2 | 2 | 0 | 0 | 0 | 1 | 5 | $300.00 | $1,500.00 |
| Bookshelf | 6 | 32 | 3 | 1 | 1 | 3 | 46 | $109.38 | $5,031.48 |
| wine bar | 0 | 1 | 0 | 0 | 0 | 0 | 1 | $250.00 | $250.00 |
| Work benches | 0 | 3 | 0 | 0 | 0 | 0 | 3 | $350.00 | $1,050.00 |
| Filing Cabinets | 24 | 41 | 10 | 5 | 10 | 42 | 132 | $126.83 | $16,741.56 |
| kitchen tables | 2 | 7 | 0 | 0 | 1 | 0 | 10 | $357.14 | $3,571.40 |
| couches | 0 | 5 | 0 | 0 | 0 | 1 | 6 | $250.00 | $1,500.00 |
| whiteboards | 0 | 27 | 0 | 0 | 0 | 2 | 29 | $92.59 | $2,685.11 |
| corkboards | 3 | 15 | 0 | 1 | 0 | 2 | 21 | $100.00 | $2,100.00 |
| trashcans | 18 | 57 | 12 | 8 | 6 | 12 | 113 | $26.32 | $2,974.16 |
| mirrors | 3 | 13 | 2 | 2 | 2 | 2 | 24 | $60.00 | $1,440.00 |
| paper shredders | 3 | 8 | 1 | 2 | 2 | 4 | 20 | $87.50 | $1,750.00 |
| lamps | 3 | 4 | 0 | 0 | 1 | 2 | 10 | $50.00 | $500.00 |
| end tables | 10 | 16 | 6 | 2 | 2 | 4 | 40 | $81.25 | $3,250.00 |
| paper dividers | 9 | 18 | 11 | 7 | 5 | 16 | 66 | $36.11 | $2,383.26 |
| Christmas trees | 1 | 2 | 0 | 0 | 1 | 0 | 4 | $100.00 | $400.00 |
| coffee tables | 0 | 2 | 1 | 0 | 0 | 0 | 3 | $300.00 | $900.00 |
| clocks | 4 | 7 | 2 | 3 | 4 | 4 | 24 | $50.00 | $1,200.00 |
| fans | 3 | 6 | 2 | 2 | 3 | 0 | 16 | $30.00 | $480.00 |
| vacuums | 1 | 2 | 1 | 1 | 1 | 1 | 7 | $200.00 | $1,400.00 |
| Step Stools | 8 | 15 | 4 | 3 | 3 | 0 | 33 | $30.00 | $990.00 |
| bakers rack | 0 | 11 | 2 | 0 | 0 | 0 | 13 | $120.00 | $1,560.00 |
| coffeemakers | 1 | 3 | 0 | 1 | 1 | 1 | 7 | $100.00 | $700.00 |
| microwaves | 1 | 4 | 0 | 1 | 1 | 1 | 8 | $125.00 | $1,000.00 |
| toaster ovens | 1 | 3 | 0 | 1 | 1 | 1 | 7 | $58.33 | $408.31 |
| refrigerator | 1 | 6 | 1 | 1 | 1 | 1 | 11 | $500.00 | $5,500.00 |
| small vaccine fridge | 2 | 3 | 1 | 1 | 1 | 0 | 8 | $600.00 | $4,800.00 |
| wheelchairs | 1 | 2 | 0 | 0 | 0 | 0 | 3 | $60.00 | $180.00 |

| Item | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| metal trays | 0 | 5 | 0 | 0 | 0 | 0 | 5 | $138.46 | $692.30 |
| blood pressures cuffs | 8 | 13 | 2 | 2 | 2 | 0 | 27 | $100.00 | $2,700.00 |
| exams lights | 1 | 2 | 1 | 1 | 1 | 0 | 6 | $3,000.00 | $18,000.00 |
| electric surgical unit | 1 | 2 | 0 | 1 | 1 | 0 | 5 | $981.00 | $4,905.00 |
| otoscope | 6 | 7 | 2 | 4 | 1 | 0 | 20 | $250.00 | $5,000.00 |
| scales | 1 | 4 | 1 | 1 | 1 | 0 | 8 | $125.00 | $1,000.00 |
| Rolling exam chairs | 8 | 18 | 2 | 8 | 2 | 0 | 38 | $250.00 | $9,500.00 |
| exam beds | 0 | 2 | 0 | 0 | 0 | 0 | 2 | $400.00 | $800.00 |
| locker | 0 | 1 | 0 | 0 | 0 | 0 | 1 | $600.00 | $600.00 |
| Pt Mat beds | 1 | 2 | 1 | 1 | 0 | 0 | 5 | $200.00 | $1,000.00 |
| baby scale | 1 | 1 | 1 | 1 | 1 | 0 | 5 | $200.00 | $1,000.00 |
| hydrocalator | 1 | 2 | 1 | 1 | 1 | 0 | 6 | $100.00 | $600.00 |
| ultrasound | 1 | 2 | 1 | 1 | 1 | 0 | 6 | $300.00 | $1,800.00 |
| parrafin wax | 1 | 2 | 1 | 1 | 1 | 0 | 6 | $25.00 | $150.00 |
| ekg | 1 | 2 | 1 | 1 | 1 | 0 | 6 | $300.00 | $1,800.00 |
| massage chairs | 2 | 4 | 2 | 2 | 4 | 0 | 14 | $300.00 | $4,200.00 |
| pens units | 4 | 4 | 3 | 2 | 2 | 0 | 15 | $250.00 | $3,750.00 |
| coat racks | 1 | 1 | 1 | 1 | 1 | 0 | 5 | $20.00 | $100.00 |
| shelving units | 11 | 3 | 2 | 1 | 3 | 5 | 25 | $20.00 | $500.00 |
| televisions | 1 | 3 | 2 | 1 | 1 | 0 | 8 | $150.00 | $1,200.00 |
| labwork chairs | 1 | 3 | 1 | 1 | 1 | 0 | 7 | $100.00 | $700.00 |
| benchs | 2 | 2 | 0 | 0 | 0 | 0 | 4 | $100.00 | $400.00 |
| cabinets | 7 | 30 | 6 | 7 | 5 | 5 | 60 | $100.00 | $6,000.00 |
| washer | 1 | 1 | 0 | 0 | 1 | 0 | 3 | $300.00 | $900.00 |
| dryer | 1 | 1 | 0 | 0 | 1 | 0 | 3 | $300.00 | $900.00 |
| stools | 0 | 0 | 0 | 0 | 0 | 9 | 9 | $25.00 | $225.00 |
| high top tables | 0 | 0 | 0 | 0 | 0 | 3 | 3 | $100.00 | $300.00 |

|  |  |
|---|---|
| Total | $223,492.58 |
| Est. Value | $44,698.52 |

Machinery

9600 Bustleton

| Description | Cost |
| --- | --- |
| Auxiliary Compressor | $650.00 |
| Blower | $47,388.35 |
| Chiller Control Valve | $6,523.00 |
| Chiller Pneumatic Controller | $6,523.00 |
| Chiller Valve Rotary Positioner | $3,200.00 |
| CO2 Sensor | $399.53 |
| Compressor Accumulator Tank | $550.00 |
| Dial Pressure Gauge | $125.36 |
| Dial Pressure Gauge | $125.36 |
| Drain Flow Control Valve | $125.36 |
| Drain Flow Pneumatic Positioner | $3,200.00 |
| Drain Flow Rotary Actuator | $2,536.00 |
| Electronic Pressure Gauge | $150.00 |
| Drain | $9,825.00 |
| After-Filter | $9,825.00 |
| Heat Exchanger | $9,825.00 |
| Miniature Dial Flow Regulator | $500.00 |
| Miniature Regulator | $275.00 |
| Moisture Separator | $9,825.00 |
| Pre-Filter | $9,825.00 |
| O2 Sensor | $1,825.56 |
| Pressure Regulator w/ Filter | $275.00 |
| RTD Temperature Sensor | $325.00 |
| Sanitary Blind Flange | $125.00 |
| Sanitary Cross | $725.00 |
| Electro Pneumatic Positioner | $3,250.00 |
| Sanitary Fitting Clamp | $200.00 |
| Sanitary Tee | $725.00 |
| Silencer | $2,500.00 |
| Membrane / Filter | $125.00 |
| VFD PowerFlex700 | $6,646.25 |
| Fire Suppression Accumulator (Deluge) Tank | $3,658.00 |
| Pressure Gauge | $125.00 |
| Flow Meter | $225.00 |
| Solenoid Valve | $125.00 |
| Control Valve | $152.00 |
| Exhaust Silencer | $3,300.00 |
| Spray Nozzle | $900.00 |
| Pressure Switch | $225.00 |
| Oxygen Sensor | $1,100.00 |
| Differential Pressure Gauge | $624.00 |
| Drain | $9,825.00 |

| | |
|---|---|
| Filter | $120.00 |
| GE Control Box "Hand Line Pump Contactor" | $265.00 |
| Trap Primer Controls Precision Pluming Products | $475.00 |
| Hand Line Pump | $200.00 |
| Dial Gauge | $236.23 |
| Manifold Regulator | $5.00 |
| Sure-Drain Valve | $325.00 |
| Hyperbaric Chamber | |
| Ball Vent Valve | $125.00 |
| Ball Valve | $125.00 |
| Check Valve | $222.00 |
| Carbon Monoxide Sensor/Transmitter | $395.00 |
| Optical flame Detector | $2,000.00 |
| Chairs | $2,000.00 |
| Oxygen Flowmeters | $636.00 |
| Hand Line Valve | |
| Oxygen Breathing Stations (Includes mask, tubing) | $2.00 |
| Lockout 3-Port Valve for Residual Pressure Release | $75.00 |
| Hand Line Piping | $3,500.00 |
| Chamber Communicator | $2,850.00 |
| Shelf | $125.00 |
| Condensation tray for heat exchanger | $575.00 |
| Hand Line with Nozzle | $225.00 |
| Deluge System Sprinkler Heads | $500.00 |
| Hand Line External Shutoff Valve | $75.00 |
| Window | $7,718.18 |
| 3"x0.065" stainless steal stock | $25,000.00 |

OVFP

| | |
|---|---|
| Auxiliary Compressor | $650.00 |
| Blower | $47,388.35 |
| Chiller Control Valve | $6,523.00 |
| Chiller Pneumatic Controller | $6,523.00 |
| Chiller Valve Rotary Positioner | $3,200.00 |
| CO2 Sensor | $399.53 |
| Compressor Accumulator Tank | $550.00 |
| Dial Pressure Gauge | $125.36 |
| Dial Pressure Gauge | $125.36 |
| Drain Flow Control Valve | $125.36 |
| Drain Flow Pneumatic Positioner | $3,200.00 |

| Item | Price |
|---|---|
| Drain Flow Rotary Actuator | $2,536.00 |
| Electronic Pressure Gauge | $150.00 |
| Drain | $9,825.00 |
| After-Filter | $9,825.00 |
| Heat Exchanger | $9,825.00 |
| Miniature Dial Flow Regulator | $500.00 |
| Miniature Regulator | $275.00 |
| Moisture Separator | $9,825.00 |
| Pre-Filter | $9,825.00 |
| O2 Sensor | $1,825.56 |
| Pressure Regulator w/ Filter | $275.00 |
| RTD Temperature Sensor | $325.00 |
| Sanitary Blind Flange | $125.00 |
| Sanitary Cross | $725.00 |
| Electro Pneumatic Positioner | $3,250.00 |
| Sanitary Fitting Clamp | $200.00 |
| Sanitary Tee | $725.00 |
| Silencer | $2,500.00 |
| Membrane / Filter | $125.00 |
| VFD PowerFlex700 | $6,646.25 |
| Fire Suppression Accumulator (Deluge) Tank | $3,658.00 |
| Pressure Gauge | $125.00 |
| Flow Meter | $225.00 |
| Solenoid Valve | $125.00 |
| Control Valve | $152.00 |
| Exhaust Silencer | $3,300.00 |
| Spray Nozzle | $900.00 |
| Pressure Switch | $225.00 |
| Oxygen Sensor | $1,100.00 |
| Differential Pressure Gauge | $624.00 |
| Drain | $9,825.00 |
| Filter | $120.00 |
| GE Control Box "Hand Line Pump Contactor" | $265.00 |
| Trap Primer Controls Precision Pluming Products | $475.00 |
| Hand Line Pump | $200.00 |
| Dial Gauge | $236.23 |
| Manifold Regulator | $5.00 |
| Sure-Drain Valve | $325.00 |
| Hyperbaric Chamber | $200,000.00 |
| Ball Vent Valve | $125.00 |
| Ball Valve | $125.00 |
| Check Valve | $222.00 |
| Carbon Monoxide Sensor/Transmitter | $395.00 |

| | |
|---|---|
| Optical flame Detector | $2,000.00 |
| Chairs | $2,000.00 |
| Oxygen Flowmeters | $636.00 |
| Hand Line Valve | |
| Oxygen Breathing Stations (Includes mask, tubing) | $2.00 |
| Lockout 3-Port Valve for Residual Pressure Release | $75.00 |
| Hand Line Piping | $3,500.00 |
| Chamber Communicator | $2,850.00 |
| Shelf | $125.00 |
| Condensation tray for heat exchanger | $575.00 |
| Hand Line with Nozzle | $225.00 |
| Deluge System Sprinkler Heads | $500.00 |
| Hand Line External Shutoff Valve | $75.00 |
| Windows | $7,718.18 |
| 3"x0.065" stainless steal stock | $25,000.00 |
| HMI Touch screens | $11,965.35 |
| PLC | $5,376.00 |
| Communication System | $2,850.00 |
| Video Recorder | $1,500.00 |
| Fire Suppression Equipment | $8,756.20 |
| Modular Building | $138,000.00 |
| | |
| Total | $780,749.91 |
| | |
| Current Value | $156,149.98 |