**B6G (Official Form 6G) (12/07)**

.

In re  **WJO, Inc.**                                ,                Case No.  **10-19894**

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CIT Communications Finance** <br> **1 CIT Drive** <br> **Livingston, NJ 07039** | |
| **De Lage Landen** <br> **P.O. Box 41602** <br> **Philadelphia, PA 19101-1601** | **Account Numbers: 24937741** |
| **Dell Financial Services** <br> **12234 N. IH-35** <br> **Building B** <br> **Austin, TX 78753** | **008671951-003, 008671951-004, 008671951-005,** <br> **008671951-006, 08671951-007, 008671951-008,** <br> **008671951-009, 008671951-010, 008671951-011,** <br> **008671951-012, 008671951-013, 008671951-014** |
| **See Attached** | |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

## WJO, Inc
## Vendor Contact List
### November 18, 2010

| Vendor | Address | Balance/pre |
|---|---|---|
| Aetna | Aetna PO Box 804735 Chicago IL 60680-4108 | 67,016.87 |
| All-Clean Office Maintenance | All Clean Office Maintenance PO Box 1237 Langhorne, PA  19047 | 5,724.20 |
| American Express-15003 | American Express PO Box 1270 Newark NJ 07101-1270 | 71,837.69 |
| American Funds | American Funds PO Box 6164 Indianapolis IN 46206-6164 | 10,895.79 |
| Anna Bono Larrisey, Tax Collector | Anna Bono Larrisey, Tax Collector 250 Pond Street, Municipal Bldg Bristol, PA  19007 | 17,934.15 |
| At&T Mobility | AT&T Mobility PO Box 6463 Carol Stream IL 60197-6463 | 4,319.84 |
| Avaya Financial - X473742 | Avaya Financial PO Box 93000 Chicago, IL 60673-3000 | 19,737.93 |
| Block Berg & Company | Block Berg & Company 625 Ridge Pike Building E, Suite 201 Conshohoken, PA 19428 | |
| Broadview Network, Inc. | Broadview Network, Inc. 800 West Chester Ave Suite N501 Rye Brook, NY 10573 | 33,811.00 |
| Bucks County Water & Sewer Authority | Bucks County Water & Sewer Authority 1275 Almshouse Rd. Warrington PA 18975 | 112.88 |
| Canals End Comdominium Association | Canals End Condominium Association P.O. Box 87 Doylestown, PA 18901 | 4,045.13 |
| CBay Systems and Services Inc. | CBay Systems and Services Inc. 2661 Riva Road, Building 800 Annapolis MD 21401 Attn: Accounts Receivables-Scribe | 1,389.81 |
| Ceridian | Ceridian Benefits Services 3201 34th Street South St.Petersburg FL 337111 | 97.32 |
| ChoiceHealth Leasing- Beth. 4809926001 | ChoiceHealth Leasing PO Box 644479 Pittsburgh PA 15264-4479 | 434.78 |
| ChoiceHealth Leasing - Bristol 4806719001 | ChoiceHealth Leasing PO Box 644479 Pittsburgh PA 15264-4479 | 657.30 |
| Choicehealth Leasing/4814192-001 | Choicehealth Leasing PO Box 644479 Pittsburgh PA 15264-4479 | 1,243.86 |
| D.J. Cilione Real Estate/S.Philly Rent | D.J.  Cilione Real Estate 1607 W. Passyunk Avenue Philadelphia, PA  19145 | 8,850.00 |
| David A. Klein, Bethlehem Rent | David A. Klein, Real Estate 2200 W. Hamilton Street Suite 204 Allentown, PA  18104-6385 | kris has |
| Delage-24937596 | De Lage Landen PO Box 41602 Philadelphia PA 19101-1602 | 819.30 |
| Delage-24937741 | DeLage Landen PO Box 41602 Philadelphia PA 19101-1602 | 28,902.98 |
| DeLage - 24490124 | DeLage Landen PO Box 41602 Philadelphia PA 19101-1602 | 6,877.06 |
| Delage Landen/24932227 | De Lage Landen PO Box 41602 Philadelphia PA 19101-1602 | 81,279.28 |
| Doctor.com LLC | Doctor.Com LLC 575 Corporate Drive, Suite420 Mahwah, NJ 07430 | 450.00 |
| Dr. Brian Walsh - 1099 | Brian Walsh, DO 3205 Wellington St. Philadelphia, PA 19149 | 22,250.00 |
| Dr. Christopher Belletieri - 1099 | Dr. Christopher Belletieri 1111 Swamp Road P.O. Box 144 Rushland, PA 18956 | 4,000.00 |
| Dr. Christopher Belletieri - Reimburse | Dr. Christopher Belletieri 111 Swamp Road P.O. Box 144 Rushland, PA 18956 | 58.00 |
| Dr. John Pickard -1099 | Dr. John Pickard 54 Pine Run Drive Holland, PA 18966 | 14,000.00 |
| Dr. Michael Fischer - 1099 | Dr. Michael B. Fischer 11 Susanna Way Newtown, PA  18940 | 29,875.00 |
| Dr. Scott Carlin - 1099 | Dr. Francis S. Carlin 83 Martha Drive Fallsington, PA 19054 | 12,500.00 |
| Dr. Scott Carlin -Reimbursment | Dr. Scott Carlin 83 Martha Drive Fallsington PA 19054 | 36.00 |
| E.S. Vile & Son, Inc./Oxford Valley | E.S. Vile & Son, Inc. PO Box L-365 Langhorne PA 19047 | 140.00 |
| Elizabeth M. Hibbs - 1099 | Elizabeth M. Hibbs, P.A.C., Inc. 406 S. State St. Newtown, PA 18940 | 2,000.00 |
| fox rothschild llp | 2000 market St 20th floor Philadelphia, Pa.19103 | 12,862.31 |
| Fraser - Bristol - DI0358 | Fraser/ Bristol PO Box 7 Reading, PA 19603-0007 | 42.38 |
| Fraser - Newtown - DI1148 | Fraser Advanced Information Systems PO Box 7 Reading, PA  19603-0007 | 4,234.54 |
| Gordon Liebmann | Gordon Liebmann The Atrium 4 Terry Drive Suite 4 Newtown PA 18940 | 5,985.36 |
| Hartford Life Insurance Company | Hartford Life Insurance Company 55 Farmington Ave, Suite 100 Hartford CT 06105 | |
| HealthWeb Solutions | Health Web Solutions 668 Stoney Hill Road #175 Yardley, PA  19067 | 10,744.50 |
| Henry Schein | Henry Schein Box 382023 Pittsburgh, PA 15250-8023 | 8,080.83 |
| Hewlett Packard - Copiers | Hewlett Packard Financial Services PO box 402582 Atlanta, GA 30384-2582 | |
| ITS Mailing Systems Inc | ITS Mailing Systems Inc. 1020 East Main Street Norristown, PA 19401 | 1,558.51 |
| J.T. Jackson Company | J.T.Jackson P.O.Box 488 Colmar,Pa.18915-0488 | |
| James Birch | James Birch 5 Riviera Ct. Lawrenceville NJ 08648 | 1,830.31 |
| James Hollawell, Esquire | James Hollawell, Esquire 1928 Bristol Pike Bensalem, PA  19020 | |

9:27 AM
11/18/10

Case 10-19894-jkf    Doc 86    Filed 12/13/10    Entered 12/13/10 16:53:15    Desc Main
Document    Page 3 of 5

WJO, Inc.
# Vendor Contact List
### November 18, 2010

| Vendor | Address | Balance/pre |
|---|---|---:|
| John Asta & Company/Galloway | John Asta & Company PO Box L-715 Langhorne, PA  19047 | 0.00 |
| Karen Lewis | Karen Lewis 2500 New Albany Rd. Cinnaminson NJ 08077 | |
| Kevin M. Siegel | Kevin M. Siegel, Esq. One Greentree Centre Suite 201 10000 Lincoln Drive East Marlton NJ 08053 | 1,884.55 |
| | Keystone Health Plan East /458500 | |
| | Keystone Health Plan East/458730 | |
| Koch Service Lab/Galloway | Koch Service Laboratories, Inc. 1614 MacDade Blvd. Folsom, PA 19033 | 185.00 |
| Lands' End Business Outfitters | Lands' End Business Outfitters PO Box 217 Dodgeville WI 53533-0217 | 415.90 |
| Lower Bucks Joint Municipal Authority | Lower Bucks Joint Municipal Authority PO Box 460 Levittown PA 19058 | 7.26 |
| MailFinance (H086952219) | Mail Finance PO Box 45850 San Francisco CA 94145-0850 | 724.56 |
| Marlin Leasing Corp | Marlin Leasing Corp PO Box 13604 Philadelphia, PA  19101-3604 | 2,081.94 |
| Martin, Pond, Lehockey & Wilson | Martin, Pond, Lehockey & Wilson 1818 Market Street 35th Floor Philadelphia PA 19103-3636 | |
| Mckesson | McKesson Medical Surgical PO Box 933027 Atlanta GA 31193-3027 | 2,443.22 |
| Med Fed Advantage Inc. | Med Fed Advantage Inc. 21 Lety Lane Montebello NY 10901 | 5,255.73 |
| Medcom Professional Services, Inc. | Medcom Professional Services, Inc. PO Box 1621 Levittown, PA  19058-1621 | 1,480.48 |
| Medical Arts Press | Medical Arts Press PO Box 37647 Philadelphia PA 19101-0647 | -125.91 |
| Medical Legal Reproduction | Medical Legal Reproductions, Inc. 4940 Disston Street Philadelphia, PA  19135 Attn: Eileen | 95.61 |
| Medicare Part B | Highmark Medicare Services Inc. Attn: Cashier PO Box 890304 Camp Hill PA 17089-0304 | Kristine has |
| Mercedes-Benz Financial/4068 | Mercedes Benz-Financial PO Box 9001680 Louisville KY 40290-1680/4063 | 2,556.22 |
| | Mercedes Benz-Financial PO Box 9001680 Louisville KY 40290-1680/4068 | 3,495.76 |
| | Mercedes Benz-Financial PO Box 9001680 Louisville KY 40290-1680//9152 | 4,422.62 |
| Merck and CO., Inc. | Merck and CO., Inc. PO Box 5254 Carol Stream IL 60197-5254 | -1,185.17 |
| Michael G. Dryden, Esquire | Michael G. Dryden, Esquire Willig, Williams & Davidson 1845 Walnut St. Twenty-fourth Floor Philadelphia PA 19103 | Kristine has |
| Michael Sloskey/reimbursement | Michael Sloskey 202 Colonial Drive Langhorne PA 19047 | Kristine has |
| Michael Stefanoni/reimbursement | Michael Stefanoni | Kristine has |
| Minute Man | Minuteman Press Of Newtown 50 Richboro Rd Newtown, PA 18940 | 3,483.82 |
| Moore Medical | Moore Medical PO Box 4066 Farmington CT 06032-4066 | 127.98 |
| Newtown Artesian Water Company | The Newtown Artesian Water Company Lincoln Ave. At Jefferson St. PO Box 217 Newtown, PA  18940-0217 | 116.83 |
| | Northwestern Mutual/Acct #0089527 | |
| | Northwestern Mutual/Acct#0089483 | |
| Newtown Village Plaza/Rent | Newtown Village Plaza Associates c/o Centro Property Group Two Tower Bridge #300 Conshohocken, PA 19428 | |
| Palmer's Landscaping | Palmer's Landscaping 6392 Neshaminy Valley Drive Bensalem PA 19020 | Kristine |
| Patrick Yun/reimbursement | Patrick Yun 310 Cobblestone Way Lawrenceville NJ 08648 | 97.15 |
| PECO- S .Philly1 - (01247) | Peco Energy Payment Processing PO Box 37629 Philadelphia, PA 19101 | 195.24 |
| PECO- S.Philly (94025) | PECO Payment Processing PO Box 37629 Philadelphia, PA  19101 | 67.39 |
| PECO-Bensalem 74012 | Peco Energy-Payment Processing PO BOX 37629 Philadelphia, PA 19101 | 4,934.20 |
| PECO-Oxford Valley 46023 | PECO Payment Processing PO Box 37629 Philadelphia PA 19101-0629 | 1,163.16 |
| PECO - Bristol - (00108) | Peco Energy Payment Processing PO Box 37629 Philadelphia, PA 19101 | 2,225.69 |
| Philadelphia Gas -  S.Philly (3594) | Philadelphia Gas Works PO Box 11700 Newark, NJ  07101-4700 | 71.92 |
| Philadelphia Media Network | Philadelphia Media Network 53 Haddonfield Road Cherry Hill NJ 08002 | 1,320.00 |
| Pinnacle Business Finance, Inc. | Pinnacle Capital, Inc. PO Box 9618 Tacoma, Washington 98490 | 3,025.78 |
| Premium Financing/Williamson | Premium Financing Specialists Inc. PO Box 905849 Charlotte NC 28290-5849 | 2,342.22 |
| Professional Insurance Company | Professional Insurance Company List Bill PO Box 406263 Atlanta GA 30384-6263 | kris has |
| Professional Office and Medical Supply | Professional Office and medical Supply 2727 Philmont Ave Unit 320 Huntingdon Valley, Pa 19006 | 7.00 |
| Professional Solutions (Aquabed) | Professional Solutions Financial Services PO Box 10351 Des Moines, IA 50306 | 23,495.50 |
| Prohealth Capital | Prohealth Capital PO Box 41602 Philadelphia PA 19101-1601 | 580.64 |

# Vendor Contact List
## November 18, 2010

| Vendor | Address | Balance/pre |
|---|---|---:|
| Quest Diagnostics/18940046 | Quest Diagnostics PO Box 828669 Philadelphia PA 19182-8669 | 0.00 |
| Quest/19007071 | Quest Diagnostics PO Box 828669 Philadelphia PA 19182-8669 | 911.94 |
| Ray Wall, Treasurer | Ray Wall, Treasurer Bensalem Township Building 2400 Byberry Road Bensalem PA 19020 | 12,703.39 |
| Rob's Automotive & Collision Center Inc. | Rob's Automotive & Collision Center Inc. PO Box 1619 Levittown PA 19058-1619 | Kristine |
| Sandra Tiseo - Reimbursement | Sandra Tiseo, P.A.C. | Kristine |
| Sanofi Pasteur, Inc - 70103669 | Sanofi Pasteur, INc 12458 Collections Center Dr Chicago, IL 60693 | 180.07 |
| Schmidt's Flowers | Schmidt's Flowers 201 Old Route 13 Bristol PA 19007 | 137.40 |
| Service Electric - Bethlehem | Service Electric Cable TV Inc. P.O Box 25025 Lehigh Valley, PA 18002-5025 | 73.56 |
| Shred One Security Corp. | Shred One Security Corp. PO Box 1470 Southampton PA 18966-9998 | 556.40 |
| Sign A Rama | Sign A Rama 980 Trenton Road Unit #3 Fairless Hills PA 19030 | Kris |
| Stericycle | Stericycle PO Box 9001590 Louisville KY 40290-1590 | 3,855.87 |
| Sterling Limousine | Sterling 2288 Second Street Pike Suite # 2 Wrightstown, PA 18940 | 1,904.70 |
| Summit Funding Group, Inc. | Summit Funding Group, Inc. PO Box 63-6488 Cincinnati OH 45263-6488 | 9,878.61 |
| SUPERMEDIA/1541 | SUPERMEDIA LLC Attn: Acct Receivable Dept PO Box 619009 DFW Airport TX 75261-9009 | 138.33 |
| SUPERMEDIA/3005 | SUPERMEDIA LLC Attn: Acct Receivable Dept PO Box 619009 DFW Airport, TX 75261-9009 | 4,921.67 |
| SUPERMEDIA/3370 | SUPERMEDIA LLC Attn: Acct Receivable Dept. PO Box 619009 DFW Airport TX 75261-9009 | 1,131.81 |
| SUPERMEDIA/8559 | SUPERMEDIA LLC Attn: Acct Receivable Dept. PO Box 619009 DFW Airport TX 75261-9009 | -1,864.48 |
| SUPERMEDIA/9225 | Supermedia LLC Attn: Acct Receivable Dept. PO Box 619009 DFW Airport TX 75261-9009 | -219.56 |
| TCF Financial | tcf financial 1111West Marnan Dr Waterloo, Ia 50701 | |
| TD Equipment Finance Inc | TD Equipment Finance Inc 2059 Springdale Road Cherry Hill, NJ 08003 | 47,938.01 |
| Terminators | Terminators 13 Coach Lane Cherry Hill, NJ 08002 | 1,051.10 |
| TGA | TGA Insurance Recovery Division Post Office Box 30 East Northport NY 11731 | 2,500.60 |
| The Hartford/WComp | The Hartford PO Box 14205 Lexington KY 40512 | Kris |
| The Legal Intelligencer | The Legal Intelligencer P.O. Box 70162 Philadelphia, PA 19176-9628 | Kris |
| Tom Sloskey | Tom Sloskey | Kris |
| Toni Palmeter/reimbursement | Toni Palmeter/reimbursement | Kris |
| Totalfunds by Hasler (231598) | Totalfunds by Hasler PO Box 30193 Tampa FL 33630-3193 | 8,633.20 |
| TRA Insurance Services | TRA Insurance Services PO Box 230 Wayne PA 19087-0230 | Kris |
| Travelers | Travelers PO Box 13485 Reading PA 19612 | Kris |
| United Concordia | United Concordia PO Box 827399 Philadelphia PA 19182-7399 | 0.00 |
| United Reader Service Inc./Bristol | United Reader Service Inc. PO Box 771747 Lakewood, OH 44107-0067 | 0.00 |
| United Reader Service Inc./S.Philly | United Reader Service Inc. PO Box 771747 Lakewood, OH 44107-0067 | 0.00 |
| Univest Capital | 3325 Street Road, Greenwood Square, Building 4, Suite 125 Bensalem, PA 19020 | 0.00 |
| Verizon-Oxford Valley | Verizon PO Box 15026 Albany NY 12212-5026 | 140.30 |
| Verizon - Bristol 215-826-8361 | Verizon PO Box 660748 Dallas TX 75266-0748 | 294.44 |
| Verizon - Peer - 215-579-0591 | Verizon PO Box 15026 Albany NY 12212-5026 | |
| Verizon Online-S. Philly | Verizon Online PO Box 12045 Trenton NJ 08650-2045 | 0.00 |
| Verizon Wireless-193 01 | Verizon PO BOX 920041 Dallas TX 75392-0041 | 99.80 |
| Verizon Wireless - Newtown (6803-00002) | Verizon Wireless PO Box 25505 Lehigh Valley, PA18002-5505 | 143.09 |
| Vistage Worldwide, Inc. | Vistage Worldwide, Inc. File 57158 Los Angeles,CA 90074-7158 | Kris |
| W.B Mason | W.B Mason PO Box 55840 Boston, MA 02205-5840 | 4,332.01 |
| WBCB Radio | WBCB Radio 200 Magnolia Drive Levittown PA 19054 | Kris |
| William J. O'Brien/WJO 2/3 | Dr. William J. O'Brien III 231 S. Chancellor Street Newtown PA 18940 | Kris |
| yellowbook 192108 | Yellow Book- Mid Altantic PO Box 11815 Newark, NJ 07101-0347 | 2,995.59 |
| Yellowbook/A0VEM3 | Yellowbook Mid-Atlantic PO Box 11815 Newark NJ 07101-8115 | 0.00 |

# Vendor Contact List
## November 18, 2010

| Vendor | Address | Balance/pre |
|---|---|---|
| Aerzen USA Corporation | Aerzen USA Corporation 108 Independence Way Coatesville, PA  19302 | 31,545.90 |
| Courier Times, INC. | Courier Times, INC. 8400 N Bristol Pike Levttown, PA 19057 | 477.00 |
| Crystal Springs | Crystal Springs P.O. Box 660579 Dallas, TX   75266-0579 | 236.79 |
| Deer Park | Deer Park PO Box 856192 Louisville, KY 40285-6192 | 0.00 |
| DeLage Landen Financial Services | DeLage Landen Financial Services Ref No. 485376 PO Box 41601 Philadelphia, PA  19101-1601 | 2,259.17 |
| Dell Financial Services | Dell Financial Services Payment Processing Center PO Box 5292 Carol Stream IL 60197-5292 | |
| Ellerbe Becket | Ellerbe Becket NW 8400 P.O. BOX 1450 Minneapolis, MN 55485-8400 | 38,762.34 |
| Frier Levitt | Frier Levitt Attorneys at Law 19 Microlab Road-Suite A Livingston NJ 07039 | 0.00 |
| frazer 001005424-001 | | 543.37 |
| geneova,  burns & verona | Genova, Burns & Verona | 0.00 |
| Gibbons, P.C. | Gibbons, P.C. One Gateway Center Newark, NJ 07102-5310 Attn: Robert Brady | 0.00 |
| GTS-Welco | GTS-Welco PO Box 7777 Philadelphia PA 19175-2075 | 43,004.92 |
| Henry Schein | Henry Schein Box 382023 Pittsburgh, PA 15250-8023 | 1,264.30 |
| Key Business Solutions | Key Business Solutions 1020 E. Main Street Norristown PA 19401 | 1,298.43 |
| MEGA Construction | MEGA Construction 13451 Damar Drive Philadlephia, PA  19116 | Kris |
| Office Basics | Office Bascis 22 Creek Circel Boothwyn, PA 19061 | 726.99 |