**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| WJO, INC., | : |
| | : BANKRUPTCY NO. 10-19894 |
| DEBTOR. | : |
| | : |

**NOTICE OF DEBTOR'S MOTION TO PERMIT: A) ADDITIONAL USE OF
CASH COLLATERAL; B) PROVIDE ADEQUATE PROTECTION TO PARTIES
WITH INTEREST IN CASH COLLATERAL**

  WJO, Inc. (the "Debtor"), by and through its counsel, Ciardi Ciardi & Astin, has filed a Motion for Order Authorizing A) Additional Use of Cash Collateral; B) Provide Adequate Protection to Parties with Interest in Cash Collateral.

**Your rights may be affected.
You should read these papers carefully and discuss them
with your attorney, if you have one in this bankruptcy case.
(If you do not have an attorney, you may wish
to consult with an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before **January 19, 2011** you or your attorney must do **all** of the following:

  (a) file an answer explaining your position at

    UNITED STATES BANKRUPTCY COURT
    CLERK'S OFFICE
    900 MARKET STREET
    SUITE 400
    PHILADELPHIA, PENNSYLVANIA  19107-4299

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b) mail a copy to the movant's attorney:

    Albert A. Ciardi, III, Esquire
    Thomas D. Bielli, Esquire
    Holly E. Smith, Esquire
    Ciardi Ciardi & Astin
    One Commerce Square
    2005 Market Street, Suite 1930

Philadelphia, PA 19103

2. If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **January 26, 2011 at 9:30 a.m.** in Courtroom No. 3, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: December 17, 2010CIARDI CIARDI & ASTIN

*/s/ Holly E. Smith*
Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
Holly E. Smith, Esquire
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551

*Counsel to the Debtor*