Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
Holly E. Smith, Esquire
CIARDI CIARDI & ASTIN
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA  19103
(215) 557-3550
Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| WJO, INC., | : |
| | : BANKRUPTCY NO. 10-19894 |
| DEBTOR. | : |
| | : |

**APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. § 327 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 OF WJO, INC. TO EMPLOY POND LEHOCKY STERN GIORDANO AS SPECIAL COUNSEL**

WJO, Inc. (the "Debtor"), hereby files this application for order pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014 to employ Pond Lehocky Stern Giordano as special counsel to the Debtor, and respectfully represents as follows:

**Background**

1. On November 15, 2010, the Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code").  Pursuant to sections 1107 (a) and 1108 of the Bankruptcy Code, the Debtor remains in possession of its property and control of his business as debtor-in-possession.

2. The Debtor requests authority to retain Pond Lehocky Stern Giordano as special counsel to represent Debtor's interests in pending worker's compensation matters.

3.  The Debtor is not sufficiently familiar with the rights and duties involved in defending these actions without the aid of competent counsel.

4.  The Debtor has made careful and diligent inquiry into the qualifications and competence of the law firm of Pond Lehocky Stern Giordano and is advised that Pond Lehocky Stern Giordano, by reason of ability, integrity and professional experience, is capable of providing proper legal counsel to the Debtor with regard to defending against these actions.

5.  The Debtor has engaged the services of Pond Lehocky Stern Giordano as special counsel for the Debtor, subject to the approval of the Court.

6.  Prior to the filing of the bankruptcy case, Pond Lehocky Stern Giordano represented the Debtor in legal matters, and as of the Petition Date, there were no outstanding fees owed by the Debtor for these services.

7.  Pond Lehocky Stern Giordano has no connection with the Debtor and is not an insider or affiliate of the Debtor. The verified statement of Samuel H. Pond, Esquire is attached hereto as Exhibit "A."

8.  The fees for the services provided by Pond Lehocky Stern Giordano are set forth in the Affidavit of Samuel H. Pond, Esquire.

**WHEREFORE**, the Debtor requests the appointment of Pond Lehocky Stern Giordano as counsel for the Debtor, at such compensation as the Court allows.

Respectfully submitted,

CIARDI CIARDI & ASTIN

By:  */s/ Holly E. Smith*
Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
Holly E. Smith, Esquire
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA  19103

Dated: December 28, 2010