UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | CHAPTER 11 |
| WJO, INC., | : | |
| | : | BANKRUPTCY NO. 10-19894 |
| DEBTOR. | : | |
| | : | |

STATEMENT OF QUALIFICATION AS COMPLEX
CHAPTER 11 CASE

This chapter 11 case was filed on November 15, 2010. The undersigned attorney for the debtor believes that this case qualifies under Local Bankruptcy Rule 1002-2 as a complex chapter 11 case because the debtor's total debt exceeds the minimum requirement under Local Bankruptcy Rule 1002-2 of total debt in the amount of $10 million, and

_____ the debtor's debt securities are publicly traded;

_____ the debtor's equity securities are publicly traded, and/or

\_\_X\_\_ there are 100 or more parties in interest in the case.

Respectfully submitted,

CIARDI CIARDI & ASTIN

Date: December 28, 2010    By:    /s/ Thomas D. Bielli
Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
Holly E. Smith, Esquire
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103