UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                                         Chapter 11

WJO, INC.,                                                Case No. 10-19894-JKF

                                                          APPOINTMENT OF COMMITTEE
                Debtor.                           OF UNSECURED CREDITORS
----------------------------------

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **AMBER VESZPREMI**, 5165 Hoffert Street, Bethlehem, PA 18015, Tel: 610-419-2114;

2. **RIPPLE DESIGN**, 4444 N. 4th Street, Suite 102, Philadelphia, PA 19123, Tel: 703-309-9117, Fax: 678-960-1158; and

3. **CCA FINANCIAL, LLC**, Glen Forest Drive, Henrico, VA 23226, Tel: 804-285-5500, Fax: 804-285-0551.

                                            Roberta A. DeAngelis
                                            United States Trustee
                                            Region 3


                                            ***/s/ George M. Conway for***
                                            Frederic J. Baker
                                              Assistant United States Trustee

DATED: January 13, 2011

Attorney assigned to this case: George M. Conway, Esq.  (215) 597-4411
Debtor's Attorney: Albert A. Ciardi, III, Esq., (215) 557-3550.