*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: WJO, Inc.
    Debtor(s)

Case No: 10–19894–jkf
Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Application/Objection to Employ Demetrios H. Tsarouhis as Attorney to the Official Committee of Unsecured Creditors

    on: 2/23/11

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court